IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONICA TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JANET YELLEN, )<br>Secretary, United States )<br>Department of the Treasury, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 20-583-CG-N |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 25) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated November 23, 2021, is **ADOPTED** as the opinion of this Court.[1]

Accordingly, it is **ORDERED** that summary judgment be entered in favor of Defendant Janet Yellen and Plaintiff Monica Taylor's complaint (Doc. 1) be **DISMISSED with prejudice**. Taylor's other motions (Doc. 14, Doc. 21) as well as Yellen's motion to dismiss (Doc. 9) are **DENIED** as moot.

---

[1] Plaintiff's Motion to Leave to Amend Complaint (Doc. 26) is **DENIED** for the reasons as set forth in the Defendant's response (Doc. 28).

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 30th day of December, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE