IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONICA TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 20-583-CG-N ) |
| JANET YELLEN, Secretary, United States Department of the Treasury, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Janet Yellen and against Plaintiff Monica Taylor.

**DONE** and **ORDERED** this the 30th day of December, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE